IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY KRUEGER, | |
| Plaintiff, | 8:16CV425 |
| vs. | |
| SIGNS & SHAPES INT'L INC, SCOTT BOWEN, Co-Owner; JEFF SCHULTE, Manager; and DEE ANN BOWEN, Sr. Sales Manager; | MEMORANDUM AND ORDER |
| Defendants. | |

Plaintiff filed a Complaint on September 9, 2016. (Filing No. 1.) In her Complaint, Plaintiff alleged that her employer terminated her employment and refused to hire her to fill other job vacancies with the company on account of her sex, disability, and in retaliation for comments she made regarding discrimination in the workplace. (*Id*.) On December 1, 2016, the court ordered Plaintiff to file an amended complaint that states a claim upon which relief may be granted. (Filing No. 6.) On December 29, 2016, Plaintiff filed an Amended Complaint. (Filing No. 7.) Plaintiff's allegations in her Amended Complaint are nearly identical to the allegations in her Complaint. Accordingly, for the reasons set forth in the court's previous order, Plaintiff's claims are dismissed.

IT IS THEREFORE ORDERED that:

1.  This case is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2

2. The court will enter Judgment by separate document.

Dated this 6th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

2