IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY KRUEGER,<br><br>   Plaintiff,<br><br>vs.<br><br>SIGNS & SHAPES INT'L INC, SCOTT BOWEN, Co-Owner; JEFF SCHULTE, Manager; and DEE ANN BOWEN, Sr. Sales Manager;<br><br>   Defendants. | **8:16CV425**<br><br>**JUDGMENT** |

This case is dismissed without prejudice.

Dated this 6th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge